OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 AUG 06 2015

**7/29/2015**
**WATTS, JAMES JOSEPH    Tr. Ct. No. WRIT08312                    WR-83,326**
This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk



JAMES JOSEPH WATTS
HUNT COUNTY JAIL
2801 STUART ST
GREENVILLE, TX 75401

U T F

EBN3B 75401